# United States District Court
## STATE AND DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA | **CRIMINAL COMPLAINT** <br> Case Number: <br> 08-MJ-169 SRN |
| V. | |
| DAVID EUGENE WRIGHT | |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about April 14, 2008 in Hennepin county, in the State and District of Minnesota defendant(s)

> having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting interstate commerce a firearm, that is, a Ruger Model P89 9mm semi-automatic pistol, serial number 309-53035, said firearm having been shipped and transported in interstate commerce,

in violation of Title 18 United States Code, Section(s) 922(g)(1) and 924(a)(2).

I further state that I am a(n) Special Agent and that this complaint is based on the following facts:
    SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof: ☒ Yes   ☐ No

*(signature)*
Signature of Complainant
Peter Noble
ATF

Sworn to before me, and subscribed in my presence,

April 15, 2008       1:50 pm    at       Minneapolis, MN
Date                                      City and State

The Honorable Susan Richard Nelson
UNITED STATES MAGISTRATE JUDGE       *(signature)* Susan Richard Nelson
Name & Title of Judicial Officer       Signature of Judicial Officer

SCANNED APR 18 2008 U.S. DISTRICT COURT MPLS

COUNTY OF HENNEPIN   )
                     )   ss.   **AFFIDAVIT OF PETER NOBLE**
STATE OF MINNESOTA   )

1. I, Peter Noble, being duly sworn, depose and say that I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives, duly appointed pursuant to law and acting as such.

2. I have been employed as a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives since 1999, and have initiated and participated in numerous investigations of firearms and narcotic trafficking. I have attended and successfully completed the ATF National Academy. This training included the dealt with federal drug, firearms, money laundering, explosives, and arson investigations.

3. I am one of the investigators assigned to the investigation into the narcotics trafficking and firearms activities of David Eugene Wright.

4. During the week of April 7, 2008, Minneapolis Police Officer David Garman received information from a Confidential Reliable Informant (the "CRI") that David Eugene Wright, DOB 10/1/1974, wanted to purchase a firearm.

5. Your Affiant has queried the Minnesota Department of Corrections website and determined that Wright was released from state custody on January 29, 2008 and has numerous felony convictions for crimes of violence including Aggravated Robbery in 1992, 3rd Degree Sale of Crack Cocaine in 1999, and 2nd Degree Assault in 2003. Based upon any one of these convictions, Wright is prohibited from possessing a firearm in the state of Minnesota.

6. On Monday, April 14, 2008, the CRI made contact with Wright and stated he had located someone with a firearm to sell. The CRI agreed to meet Wright at 1530 hours near the intersection of 19th Street East and Park Avenue South in Minneapolis.

7. At approximately 1520 hours, a Hennepin County Sheriff's Deputy, working in an undercover capacity, met Wright at the predetermined location. The CRI had introduced the undercover officer to Wright as the seller of a firearm. Wright got into the car with the undercover officer. Wright then purchased a Ruger, Model P89, 9mm semi-automatic pistol, serial number 309-53035. Wright purchased the handgun for $20 in U.S. currency and 1.1 grams of crack cocaine.

8. Following the transaction, Wright was confronted by surveillance officers. Wright dropped the aforementioned pistol and attempted to flee. Wright was subdued and arrested. A baggie of suspected crack cocaine, cash, and ecstasy was also recovered on Wright's person at the time of his arrest.

9. Your Affiant has examined the Ruger, Model P89, 9mm semi-automatic pistol, serial number 309-53035 purchased by Wright. Based upon his training and experience, SA Noble determined that this make and model of handgun is manufactured outside the state of Minnesota and therefore has traveled in interstate commerce.

10. Based upon these facts, Your Affiant has probable cause to believe that David Eugene Wright is in violation of 18 U.S.C. 922(g)(1), Felon in Possession of a Firearm.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

Peter Noble, Special Agent
ATF

Subscribed and sworn to before me this
15th day of April, 2008.

Hon. Susan R. Nelson
United States Magistrate Judge