# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## SENTENCING

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **COURT MINUTES - CRIMINAL** |
| Plaintiff, | ) | |
| v. | ) | Case No:  08-cr-141 (01) (MJD/AJB) |
| | ) | Date:  February 5, 2009 |
| David Eugene Wright (1), | ) | Court Reporter:  Lori Simpson |
| | ) | Time Commenced:  1:00 p.m. |
| | ) | Time Concluded:  1:30 p.m. |
| Defendant. | ) | Time in Court:  30 minutes |

Before Michael J. Davis, United States District Chief Judge, at Courtroom 15E, Minnesota.

APPEARANCES:

    For Plaintiff:    William Otteson, Assistant U.S. Attorney
    For Defendant:    Leon Trawick, CJA Appointed Attorney

☒ **Sentencing.**

IT IS ORDERED:
Defendant is sentenced to:

| Count. No. | Plea | BOP | SR |
|---|---|---|---|
| 1 | X | 180 months | 5 years |

☒ Special conditions of: **See J&C for special conditions**

☒ Defendant sentenced to pay:
   ☒ Special assessment in the amount of $100.00 to be paid .

☒ Defendant remanded to the custody of the USM.

Date: February 5, 2009

                                                    s/KW
                                                    Calendar Clerk to Chief Judge Michael J. Davis